UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **SONG MAI,** *by Desiree Thien*, <br><br> **Petitioner,** <br><br> v. <br><br> **JOSEPH EDLOW,** *National Director of the Indianapolis Field Office, U.S. Immigration and Customs Enforcement, et al.*, <br><br> **Respondents.** | **CAUSE NO. 1:26-cv-00072-HAB-ALT** |

## ORDER

Mai Song is a civil detainee at the Miami Correctional Facility. Next friend Desiree Thien filed this case in the Fort Wayne Division. (ECF 1). Because the Miami Correctional Facility is in the South Bend Division, the Fort Wayne Division is not the proper venue for this case. N.D. Ind. L.R. 3-1(a). When "the court determines a case is filed in a division without proper venue, the court may, pursuant to 29 U.S.C. § 1406: (1) dismiss the case; or (2) in the interests of justice, transfer the case by issuing an order directing the clerk to reopen the case in a proper division." L.R. 3-1(b). In the interests of justice, this case will be transferred.

For these reasons, the clerk is DIRECTED to close this case and open a new case with these filings in the South Bend Division and to randomly assign judges from that division as required by General Order 2025-15.

SO ORDERED. Entered this 10th day of February 2026.

/s/ Andrew L. Teel
Andrew L. Teel
United States Magistrate Judge